## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOSE FRANCISCO LA TORRE TAPIA,

 *Petitioner*,

v.

KRISTI NOEM, *et al.*,

 *Respondents*.

Case No. 26-cv-978-ABA

### ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition") filed by Petitioner Jose Francisco La Torre Tapia, the Joint Notice filed by the Parties (ECF No. 5), the entire record in this case, and good cause having been shown, and for the reasons stated in *Bautista Villanueva v. Bondi*, Case No. 25-cv-4152-ABA, 2026 WL 100595 (D. Md. Jan. 14, 2026) and *Igwacho v. Liggins, et al.*, Case No. 26-cv-618-ABA, ECF No. 9 (D. Md. Feb. 27, 2026), the Court hereby ORDERS as follows:

1. The Petition is GRANTED IN PART and DENIED IN PART;

2. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

3. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

4. A bond hearing shall be held within ten (10) days of Petitioner's filing of a motion with the Immigration Court;

5. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal

proceedings, and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

6. This Order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing;

7. If bond is granted and Petitioner is released, nothing in this Order precludes United States Immigration and Customs Enforcement from imposing reasonable conditions of release;

8. Petitioner shall file a status report with the Court if a bond hearing is *not held* by an Immigration Judge within 10 days of the filing of a motion for a bond hearing by Petitioner;

9. If a bond hearing *is held*, the parties shall provide this Court with a Status Report within 7 days of the bond hearing, reporting the results; and

10. The Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order.

Date: March 10, 2026

_____/s/_____
Adam B. Abelson
United States District Judge

2